IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN BAUTISTA BONNEAU,

        Plaintiff,

    v.

KAISER HOSPITALS,

        Defendant.

Case No. 3:22-cv-00855-MO

JUDGMENT

MOSMAN, District Judge.

Where Plaintiff has not paid the civil filing fee as required by the Court's July 15, 2022 Order (#3), IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

8/18/2022
DATE

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

1 - JUDGMENT